# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00901-CV

### K. N. K., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-000126, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

---

## NO. 03-19-00927-CV

### K. N. K., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-000626, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

---

## <u>O R D E R</u>

**PER CURIAM**

The reporter's records in these appeals were originally due to be filed on December 20, 2019. By requests to this Court dated January 13, 2020, LaSonya Thomas requested a second extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, LaSonya Thomas is hereby ordered to file the reporter's records in these cases on or before January 17, 2020. If the records are not filed by that date, Thomas may be required to show cause why she should not be held in contempt of court.

It is ordered on January 14, 2020.


Before Justices Goodwin, Kelly, and Smith